

RECEIVED

MAR 14 2008

May 14 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Reginald Brewer
_____

Joseph M. Macellaio
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Joseph M. Macellaio
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV1539
JUDGE DARRAH
MAG. JUDGE MASON

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Reginald Brewer

    B. List all aliases: _____

    C. Prisoner identification number: 20070062617

    D. Place of present confinement: Cook County Jail

    E. Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Joseph Michael Muscillaio

    Title: Attorney at Law

    Place of Employment: unknown som wair out south

    B. Defendant: _____

    Title: _____

    Place of Employment: _____

    C. Defendant: _____

    Title: _____

    Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: _O 8 C   o 8 4 6_

   B. Approximate date of filing lawsuit: _2 - 06 - 08_

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Reginald Browark_

   D. List all defendants: _MATTOR-wey to cemaic HEALTH Services_

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NORTHERN DISTRICT_

   F. Name of judge to whom case was assigned: _KeNNELLY_

   G. Basic claim made: _Male prlics_

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending?_

   I. Approximate date of disposition: _2-18-08_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Well on 8-22-07 He did do his job I was charge with possession of cannabis also possession of controlled substance cocaine ok we went to cout the did not cost both offies He also did not git void tape Have 3 witness He Also did not use. How could we win with out this people The cops like cops state a body say them Down and said a Black man iw up in the park Lot Next To Tuck That have no witness He bit Makes Them come on with further contends that I was denied due proces by 6th Dister identification of my at Trial And by line up was unduly suggestive I was violated My Right How ever on finding of unnecessary suggestiveness need not require the exclusion of identification evidence. our must them assess the likehood of misidentification by weighing such external factors as the opportunity of The witness to view The crimial

the state. I was dress in all Black suit too. That have a picter of my zoo sun chammy. The first Black male she saw was me, I wont to go to tail Joe quite on me He say you can't win He had it plan right form the start 4 me to take a fleonie probation Blue. He went in the Back with the state which i did not liker win we were going for motion herring its like sleeping with the emeye! I all ready know I was not going to Jail I did not need Joe to tell me this I could have use a public defender And kept my money, use it to git me a lawyer to help me git Back my money E 2002 Escalabe with I told Joe if Dont Take the forkisheuitne case I dont need you by the cuminil case He Sed He would do it now He saying He will not Have 2 othes lawout will tell you that were tallt too mu about the case they wont more money that I stand with Joe and He was a Juge at one Time Thats what he say! Joe took $100 He did know worlc never came too see wants

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

go out in fort of The Juge with out Takeing Too my will lose He callaway's Takke Too my Gairl she not paying Joe I was I wont my Money Back about my Tuck he Lie about shouls Be his cuse I Thoot I had a Lawer 4 This!

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __March__ day of __9__, 20__8__

__Reginald    Brewer__

__Reginald    Brewer__
(Signature of plaintiff or plaintiffs)

__Reginald    Brewer__
(Print name)

__2007-0060267__
(I.D. Number)

__Cook County Jail__

__PO Box 089002   Div 10   Chicago ILL__

__60608__
(Address)