Case 1:08-cv-01539  Document 2  Filed 03/14/2008  Page 1 of 1

**PRISONER CASE** (CAT 3)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** REGINALD BREWER  **Defendant(s):** JOSEPH M. MACELLAIO

**County of Residence:** COOK  **County of Residence:**

**Plaintiff's Address:**
Reginald Brewer
#2007-0062617
Cook County Jail
P. O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

FILED
MAR 1 4 2008
Mar 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV1539
JUDGE DARRAH
MAG.JUDGE MASON

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** A. E. Woodham  **Date:** 03/141/2008

