FILED Case 1:08-cv-01539 Document 5 Filed 04/11/2008 Page 1 of 6
APRIL 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01539 Document 1 Filed 03/14/2008 Page 1 of 6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 14 2008
May 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



Reginald Brewer

Joseph M. Macellaio
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Joseph M. Macellaio

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV1539
JUDGE DARRAH
MAG. JUDGE MASON

Case No.: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

__✓__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: ReginAld Brewer

B. List all aliases: _____

C. Prisoner identification number: 20070062617

D. Place of present confinement: Cook County Jail

E. Address: P.O Box 089002 chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Joseph Michael Mucxillaio

Title: Attorney at Law

Place of Employment: unknow firm wait out South

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: 08C 0846

    B. Approximate date of filing lawsuit: 2-06-08

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Reginald Brown

    D. List all defendants: My Attorney to CERMAK HEALTH SERVICES

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT

    F. Name of judge to whom case was assigned: KENNELLY

    G. Basic claim made: Male prices

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending?

    I. Approximate date of disposition: 2-18-08

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Well on 8-22-07 He did do his job I was charge with possession of cannabis Also possession of controlled substance cocaine ok we went to court the did not cossex Both offies He Also Did not git voice Tape Have 3 witness He Also Did not use How could we win with out This people The cops his cops stated a lady fay them down and said a Black Man in up in the parking lot next to truck that have no witness He did make them come on with. further contends that I was denied due process by 6th picter identification of me at Trial And by line up was unduly suggestive I was violated My Right How ever a finding of unnecessary suggestiveness need Not require the exclusion of idenification evidence. One must Them assess the likelihood of misidentification By weighing such external factors as the opportunity of the witness to view the criminal

4                                                                                      Revised 9/2007

the Statde I was dress in all Black not Tud z that have a puter of my zoo Suv charm, the first Black man she saw was me, I want to go to Jail Joe quite on me he say You cant win He had it plan Right form the Start 4 me to take fleonie ProBationBhe. He went in the Back with the Staty with i did not hilez win we were going for motion herring its like sleeping with the emeyz. I all redy know I was not going to Jail I did not need Joe to tell me this I could have use a Public Defender And kept my money, use it to git me a lawer to help me git Back my money a 2002 Escalade with I told Joe if Dont take the forkishewitne case I dont need you by the cummin case He sed He would do it now He saying He will not have 2 other lawer will tell you that were tall too me about the case they want more money that I stand with Joe And He was a Juge ad one thig thats what he say! Joe took 2100 He did know worl Never came too see awats

5　Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

go out in Fort of The Jury with out Takeing Too Mx will lose the callaway's Take Too My Gairl She not paying Joe I was I wont my mowel Back abbout my Tuck he Lie about Should Be hiek cuse I Thoot I had a Lawer 4 This!

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __Mar__ day of __9__, 20 __8__

__Reginald  Brewer__

__Reginal  Brewer__
(Signature of plaintiff or plaintiffs)

__Reginald  Brewer__
(Print name)

__2007-0062617__
(I.D. Number)

__Cook County Jail__

__po Box 089007  Div 10 Chicago Ill__

__60608__
(Address)